IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC VOICHECK,<br><br>                    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 12-6534 |

## ORDER

**AND NOW**, this 2nd day of May 2013, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 7), Plaintiff's Response in Opposition (Doc. Nos. 9, 10), Defendant's Reply in Further Support (Doc. No. 11), the arguments of counsel at the hearing held February 5, 2013, Defendant's Supplemental Memorandum in Support (Doc. No. 18), and Plaintiff's Supplemental Memorandum in Opposition (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Judgment on the Pleadings (Doc. No. 7) is **GRANTED**.

2. Judgment is entered in favor of Defendant and against Plaintiff on all counts.

3. Any outstanding motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.